FRANCIS A. CUNDILL, Respondent, v. A. W. MILLHAUSER CORPORATION, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements.   If there was any ambiguity in the contract, due to the use of the words " No arrival, no sale," the intention of the

parties can only be determined after a trial of the issues. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.